United States District Court
Southern District of Texas
**ENTERED**
September 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-285 |
| § | |
| NATIONAL LIABILITY & FIRE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the motion to remand,[1] filed by Francisco and Alicia Rodriguez ("Plaintiffs") as well as the "Stipulation and Consent to Remand,"[2] filed by Plaintiffs and National Liability & Fire Insurance Company ("Defendant"). The parties inform the Court that Plaintiffs "agree and stipulate that they shall not seek or accept sums in excess of sixty thousand dollars ($60,000.00) from the Defendant in connection with this lawsuit or the accident of January 28, 2016, made the basis of this suit."[3] Accordingly, "Defendant waives and withdraws all objections to the remand of this lawsuit to the 93rd Judicial District Court of Hidalgo County, Texas, and consents to such remand."[4] In light of this announcement the Court **REMANDS** the case to the 93rd Judicial District Court of Hidalgo County, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of September, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 9.
[2] Dkt. No. 12.
[3] *Id.* at p. 2.
[4] *Id.*